**AMENDED**
MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. GARY ZAREMBA CASE NO. 3:11-cr-00052-06-HRH-DMS
Defendant: X Present X In Custody

BEFORE THE HONORABLE: DEBORAH M. SMITH

DEPUTY CLERK/RECORDER: NANCY LEALAISALANOA

OFFICIAL REPORTER: NOT PRESENT

UNITED STATES' ATTORNEY: STEPHEN A. COLLINS

DEFENDANT'S ATTORNEY: CHARLES W. COE, APPOINTED

U.S.P.O.: CHRIS LIEDIKE

PROCEEDINGS: INITIAL APPEARANCE/DETENTION HEARING ON PETITION TO REVOKE SUPERVISED RELEASE (DKT 398) HELD JANUARY 8, 2016

---

At 2:53 p.m. court convened.

Copy of Petition to Revoke Supervised Release given to defendant: read.

Defendant verified true name: Same as above.

Defendant advised of general rights, allegations and penalties.

Financial Affidavit **FILED**. Federal Public Defender designated CJA counsel; FPD notified.

Defendant **DENIED** allegations 1-6 of the Petition.

*

Consent to be filed by **January 13, 2016** or case shall be transferred to a U.S. District Judge.

Order of Temporary Detention Pending Hearing **FILED**.

Continued Detention Hearing set for **January 13, 2016 at 2:00 p.m.** before Magistrate Judge Kevin F. McCoy.

At 3:11 p.m. court adjourned.

*Amended Information.

DATE: January 13, 2016 DEPUTY CLERK'S INITIALS: NXL