IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. GARY ZAREMBA, Defendant. | ) | No. 3:11-cr-0052-06-HRH |

ORDER ON TERMINATION
OF SUPERVISED RELEASE

Based on the *Report and Order Terminating Supervised Release*,[1] filed December 6, 2017, regarding the above-named defendant,

IT IS HEREBY ORDERED that: the defendant is discharged from supervised release and that the proceedings in the case be terminated

DATED this 21st day of December, 2017.

/s/ H. Russel Holland
United States District Judge

[1]Docket No. 497.